WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catholic Healthcare West,<br><br>           Plaintiff,<br><br>v.<br><br>National Indemnity Company,<br><br>           Defendant. | NO. CIV-06-1552-PHX-SMM<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having received the parties' Stipulation of Dismissal Without Prejudice (Dkt. 15), filed with this Court on September 8, 2006, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal Without Prejudice, filed with this Court on September 8, 2006 is **GRANTED**.  (Dkt. 15.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Scheduling Conference currently scheduled for December 12, 2006 at 4:00 p.m. is **VACATED**.

DATED this 11th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge